Opinion issued November 21, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00558-CV

____________


MICKEY HENRY, Appellant


V.


LAMONTE PARK TOWNHOMES COURT, Appellee






On Appeal from the Coutny Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 768441






O P I N I O N

 On October 14, 2002, we ordered that unless, within 30 days of the date of the
order, appellant filed his brief and a reasonable explanation for failure to timely file
his brief, this Court would dismiss his appeal for want of prosecution. The 30 days
have expired and appellant has done neither.

 Accordingly, the appeal is dismissed for want of prosecution. See Tex. R.
App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Duggan. (1) 

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.